**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RANDALL KING, SCOTT BUTTERFIELD,
ROBERT KOEHLER, MICHAEL MERX, AND
BRUCE WALDMAN*, on behalf of themselves*
*and others similarly situated*,

Plaintiffs,

v.

MONSANTO COMPANY,

Defendant.

Case No. 4:26-cv-813

**OBJECTOR DEFENDANTS' NOTICE OF REMOVAL**

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | MDL Docket 21985 (Joint Opposition) |
| 2. | Hearing Transcript (Honorable Vince Chhabria), April 30, 2026, IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION |
| 3. | Class Counsel's Petition for Approval of Attorneys' Fees and Class Representative Service Awards (*King, et al. v. Monsanto Co.*) |
| 4. | Class Action Petition |
| 5. | Unopposed Motion for Entry |
| 6. | Proposed Class Settlement Agreement |
| 7. | 3/4/2026 – Preliminary Approval Order |
| 8. | Objections to Class Action Settlement Agreement and Preliminary Approval Order |
| 9. | Craig Boylan – Affidavit in Support of Objection to Class Settlement |
| 10. | David Childress - Affidavit in Support of Objection to Class Settlement |
| 11. | Xavier Estrada - Affidavit in Support of Objection to Class Settlement |
| 12. | Lori Ann Fain - Affidavit in Support of Objection to Class Settlement |
| 13. | Donna Mason - Affidavit in Support of Objection to Class Settlement |
| 14. | Frederick O'Neill - Affidavit in Support of Objection to Class Settlement |
| 15. | Edward Peter Rankin - Affidavit in Support of Objection to Class Settlement |
| 16. | William Robbins - Affidavit in Support of Objection to Class Settlement |
| 17. | William J. Szabo - Affidavit in Support of Objection to Class Settlement |
| 18. | Patrick Veal - Affidavit in Support of Objection to Class Settlement |