# Exhibit 12

## AFFIDAVIT IN SUPPORT OF OBJECTION TO CLASS SETTLEMENT

*Randall King et al. v. Monsanto Company*
22nd Judicial Circuit County, City of St. Louis, Missouri
("Class Settlement")

1.  Personal Information:

    a.   My full name is Lori Ann Fain;

    b.   My current home address is 8228 IN-13, Syracuse, IN 46567;

    c.   My telephone number is (269) 591-5568;

    d.   My email address is loriannfain@yahoo.com; and

    e.   My date of birth is ███████.

2.   I hereby declare I first received actual notice of the Class Settlement on 05/14/2026; and, before 05/14/2026 I had no actual notice of the Class Settlement.

3.   I wish to object to the Class Settlement.

4.   Detailed Reasons: my attorney Ashley C. Keller prepared and will file with this my affidavit a detailed statement of the reasons I object to the Class Settlement.

5.   Proof of Class Membership:

    a.   I hereby declare that I was exposed to Roundup Products, as defined in the Class Settlement; I inhaled, ingested, and absorbed the active ingredients in Roundup Products, and I did so in the course of handling Roundup Products at home.

    b.   I hereby declare that I have been diagnosed with and received medical treatment for a Qualifying Diagnosis, as defined in the Class Settlement; on 08/23/2024, I was diagnosed with and thereafter received treatment for Non-Hodgkins lymphoma.

6.   Certification: I hereby declare that I have read a summary of Mr. Keller's statement of the detailed reasons I object to the Class Settlement, and I agree with each reason; that said, I am not a lawyer; I have no legal training; I am victim of NHL struggling through the agony and challenges of living with NHL; I hired Mr. Keller to object to the Class Settlement on my behalf, just as I hired medical doctors to diagnosis and treat my NHL; I do not know what federal and state law requires in connection with a national class settlement; as a result, I hired and I am relying on Mr. Keller to detail my objections to the Class Settlement.

Page 1 of 2
Confidential and Privileged
5/10/2026 4:16 PM

7.    History of Objections: I hereby declare that neither I nor Mr. Keller have any history objecting to class action settlements.

8.    Supporting Documents: Mr. Keller will file with this my affidavit any papers or briefs he and I would like the Court to read.

9.    I declare under penalty of perjury under the laws of the United States and the state in which I reside and in which I executed this affidavit the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Signed and dated on ___5/15/2026___

_____
Signature

Printed Name: Lori Ann Fain

Page 2 of 2
Confidential and Privileged
5/10/2026 4:16 PM

## SECOND AFFIDAVIT IN SUPPORT OF OBJECTION TO CLASS SETTLEMENT

*Randall King et al. v. Monsanto Company*
22nd Judicial Circuit County, City of St. Louis, Missouri
("Class Settlement")

1.    Personal Information:

    a.    My full name is Lori Ann Fain;

    b.    My current home address is 8228 IN-13, Syracuse, IN 46567;

    c.    My telephone number is (269) 591-5568;

    d.    My email address is loriannfain@yahoo.com; and

    e.    My date of birth is ████████.

2.    I wish to object to the Class Settlement.

3.    Detailed Reasons: my attorney Ashley C. Keller prepared and will file a detailed statement of the reasons I object to the Class Settlement.

4.    Certification:

    a.    I hereby declare that I have read a summary of Mr. Keller's statement of the detailed reasons I object to the Class Settlement, and I agree with each reason; that said, I am not a lawyer; I have no legal training; I am victim of NHL struggling through the agony and challenges of living with NHL; I hired Mr. Keller to object to the Class Settlement on my behalf, just as I hired medical doctors to diagnosis and treat my NHL; I do not know what federal and state law requires in connection with a national class settlement; as a result, I hired and I am relying on Mr. Keller to detail my objections to the Class Settlement;

    b.    Here is the summary I read and the reasons to which I agree; provided, I am highly confident that Mr. Keller will detail additional reasons in his eventual filings on my behalf in federal and state court, and I agree to his reasons and trust his underlying judgment in connection with those reasons; to me, this is no different than the trust a place in my medical doctors to prescribe medical treatments to help me survive NHL:

        i.    The unique nature of my exposure and related personal injuries makes my case unsuitable to be bundled with thousands or tens of thousands of other cases and settled in mass through a class settlement, absent a litany of changes to the Class Settlement;

        ii.    The amounts of money Monsanto is obligated to pay absent class members in general and me in particular are unreasonably low; for example, look at the size of the

Page 1 of 2
Confidential and Privileged
5/10/2026 5:33 PM

verdicts and judgments won by Roundup/ NHL victims when their cases are tried and won;

        iii.      The amounts of money Monsanto will be obligated to pay class counsel are unreasonably high;

        iv.      Monsanto and class counsel conspired—and continue to conspire—against absent class members in general and me in particular to achieve the foregoing unreasonably low and high amounts, respectively; Monsanto gets a cheap settlement; class counsel get wildly wealthy; absent class members in general and I in particular get victimized by Monsanto's and class counsel's conspiracy;

        v.      The procedures by which Monsanto and class counsel propose to allocate payments to absent class members in general and me in particular are unreasonable;

        vi.      A Missouri state trial court does not have the power to force me against my will to release my Roundup/ NHL claims against Monsanto in connection with the Class Settlement;

        vii.      The burdens placed on me by Monsanto and class counsel to object to the Class Settlement are unreasonable; to me, they act as trip wires to empower Monsanto and class counsel to find one or more technical deficiencies in my objection and then secure an order from the Missouri trial court presiding over the Class Settlement to the effect that I waived my objection, and, therefore, I must sit in silence and trade my Roundup/ NHL claims for the unreasonably low compensation to which Monsanto and class counsel agreed;

        viii.      The Class Settlement is "filthy"—a view shared by the Hon. Vince Chhabria, the U.S. District Court judge presiding over the pretrial proceedings in every Roundup/ NHL case pending in the U.S. federal court system.

    5.    I declare under penalty of perjury under the laws of the United States and the state in which I reside and in which I executed this affidavit the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Signed and dated on   _5/15/2026_

 

               _Lori Ann Fain_
               Signature

               Printed Name: Lori Ann Fain