**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RANDALL KING, SCOTT BUTTERFIELD, ROBERT KOEHLER, MICHAEL MERX, AND BRUCE WALDMAN, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:26-cv-813 |

**OBJECTOR DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING
RULING ON TRANSFER TO MULTIDISTRICT LITIGATION**

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Defendant Monsanto Company's Memorandum of Law In Support of Its Motion to Stay All Proceedings Pending JPML Ruling On Transfer to Multidistrict Litigation, *Fazio v. Island Garden Center of Marco Island, Inc., et al.* |
| 2. | Defendant Monsanto Company's Motion For Stay of Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation Court, *Dressel v. Monsanto Co., et al.* |
| 3. | Order Staying Case, *Dressel v. Monsanto Co., et al.* |
| 4. | Hearing Transcript (Honorable Vince Chhabria), April 30, 2026, *IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION* |
| 5. | *IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION*, Doc No.: 11042, Motion for Preliminary Approval of Class Settlement |
| 6. | 3/4/2026 – Preliminary Approval Order |