# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61689-CIV-SMITH

PHILLIP DRESSEL,

 Plaintiff,

v.

MONSANTO COMPANY, *et al*.,

 Defendants.

_____/

## ORDER STAYING CASE

This matter is before the Court on Plaintiff's Motion for Stay of Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation Court ("Motion") [DE 7]. In the Motion, Plaintiff states as cause the JPML entered a conditional transfer order that would have transferred this case to MDL No. 2741 effective September 3, 2025, and that transfer has not occurred due to Plaintiff's objections. Upon consideration, it is

 **ORDERED** that:

1. Plaintiff's Motion for Stay of Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation Court [DE 7] is **GRANTED**.

2. All pending motions are **TERMINATED WITHOUT PREJUDICE**.

3. This case is administratively **CLOSED**.

4. Within **seven (7) days** following the JPML's Ruling on Transfer, the Parties shall advise this Court of the status of all outstanding issues.

 **DONE AND ORDERED** in Fort Lauderdale, Florida on this 9th day of October, 2025.

cc Counsel of record

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**