**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDALL KING, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:26-cv-813 |
| vs. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

## <u>DEFENDANT'S MOTION TO REMAND</u>

COMES NOW Defendant pursuant to 28 U.S.C. § 1447(c) and moves the Court to remand this case to the Circuit Court of the Twenty-Second Judicial Circuit, City of St. Louis, Missouri, from where it was removed by Objectors.  Defendant states the following in support of this application:

1.      On February 17, 2026, class counsel and Monsanto entered into a proposed class action settlement (the "Settlement") where Monsanto would pay up to $7.25 billion to resolve most current and future Roundup claims on terms therein, subject to court review and approval. The Settlement and a memorandum in support of preliminary approval thereof was filed in the Circuit Court of the Twenty-Second Judicial Circuit, City of St. Louis, Missouri (the "State Court") (No. 2622-CC00325).

2.      On March 4, 2026, the State Court entered a preliminary approval order (the "Preliminary Approval Order").  In its Preliminary Approval Order, the State Court directed a comprehensive nationwide notice program, which is ongoing, and established an opt-out process with a June 4, 2026 deadline to submit requests to opt out.  The deadline to file objections is also

June 4.  A final approval hearing is scheduled for July 9, 2026.  Notice of Removal, Ex. 7 (Preliminary Approval Order) ¶¶ 60, 65.

3.      More than three months after the Settlement was filed and on the eve of the deadlines to opt out or object to the Settlement, Craig Boylan, David Childress, Xavier Estrada, Lori Ann Fain, Donna Mason, Frederick O'Neill, Edward Rankin, William Robbins, William Szabo, and Patricia Veal (collectively, "Objectors") filed Objections to the Class Action Settlement Agreement and Preliminary Approval Order in the State Court.  Objectors then pivoted and removed this action, purportedly under CAFA.  Notice of Removal.

4.      As set forth in Point I of the Defendant's Memorandum in Support of Motion to Remand (the "Defendant's Memorandum"), under controlling Supreme Court precedent *Home Depot U. S. A., Inc.* v. *Jackson*, 587 U.S. 435 (2019), Objectors are not "defendants" and thus cannot remove under CAFA.

5.      As set forth in Point II of the Defendant's Memorandum, under controlling Supreme Court precedent, *Smith* v. *Bayer Corp.*, 564 U.S. 299 (2011), Objectors are not even parties to this case as the class has not been certified, and are not entitled to removal for this reason as well.  Nor does their tortured realignment theory find any support in the case law.

6.      As set forth in Point III of the Defendant's Memorandum, removal is not timely. Objectors' counsel, R. Prescott Sifton of Frazer PLC, filed a notice of appearance in this case in the State Court on February 19, 2026—a mere two days after the parties filed for preliminary approval, and well before the Preliminary Approval Order was entered.  Mr. Sifton thus had notice of the Settlement over three months before filing the Notice of Removal, and that notice is imputed to his clients.  The strict 30-day timeline for removal is thus another basis for remand.

7.      As set forth in Point IV of the Defendant's Memorandum, even if Objectors had a right to remove, they waived that right by filing substantive objections to the Settlement in State Court prior to removing.

8.      For reasons discussed in Defendant's Memorandum, Objectors are not defendants or even parties, and cannot remove this case under CAFA.  The removal was also untimely, and Objectors have waived any ability to remove.  The Court therefore should immediately remand this action to the State Court.

Dated:  May 26, 2026

Respectfully submitted,

*s/ James F. Bennett*
James F. Bennett #46826(MO)
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

Elaine P. Golin #2887586(NY)*
Jeffrey M. Wintner #2327567(NY)*
Carrie M. Reilly #4397451(NY)*
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
212-403-1000
epgolin@wlrk.com
jmwintner@wlrk.com
cmreilly@wlrk.com

Daniel W. Nelson #2592699(NY)*
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com

*Attorneys for Defendant Monsanto Company*

**pro hac vice forthcoming*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2026, the above and foregoing was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ James F. Bennett*
James F. Bennett #46826(MO)
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

4