# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDALL KING, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:26-cv-813 |
| vs. | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF ELAINE P. GOLIN**

I, Elaine P. Golin, declare as follows:

1.      I am a partner of the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Monsanto. I am a member in good standing of the Bars of the State of New York, as well as the United States District Court for the Southern District of New York and several United States Courts of Appeal. I respectfully submit this declaration in support of Defendant's Motion to Remand. I make this declaration based on personal knowledge about which I am competent to testify.

2.      Currently, Missouri state court is the epicenter of the overwhelming majority of Roundup litigation. Based on my review of Monsanto data, many tens of thousands of plaintiffs have Roundup-related cases pending in the Missouri state courts. By contrast, approximately 400 plaintiffs have Roundup-related cases pending across all federal courts combined. On February 17, 2026, class counsel and Monsanto entered into a proposed class action settlement filed in the Circuit Court of the City of St. Louis in the state of Missouri (the "Settlement"). On March 4, 2026, the Missouri court entered a preliminary approval order (the "Preliminary

Approval Order") which, *inter alia*, directed a comprehensive nationwide notice program and established an opt-out process with a June 4, 2026 deadline to submit requests to opt out.

3. Many plaintiffs have already submitted requests to opt out of the Settlement, without any apparent difficulty in following the procedures set forth in the Preliminary Approval Order. This includes several individuals represented by Frazer PLC.

4. All ten objectors are represented by Frazer PLC. Based on my review of Monsanto data, none of the objectors have filed a Roundup-related lawsuit against Monsanto or sought an agreement with Monsanto tolling the applicable statute of limitations on their Roundup-related claims.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Christopher A. Seeger in Support of the Opposition to Joint Motion of MDL Co-Lead Counsel and Wave 10 Jones and Schramm for Injunctive Relief or, in the Alternative, Declaratory Relief Related to Proposed National Roundup Settlement, *In re Roundup Products Liability Litigation*, MDL No. 2741, ECF No. 21986 (April 21, 2026).

6. Attached hereto as **Exhibit B** is a true and correct copy of the Order of Presiding Judge Assigning Cause, *King* v. *Monsanto Co.*, No. 2622-CC0325 (Feb. 17, 2026).

7. Attached hereto as **Exhibit C** is a true and correct copy of the Limited Entry of Appearance by R. Prescott Sifton, Jr., *King* v. *Monsanto Co.*, No. 2622-CC0325 (Feb. 19, 2026).

8. Attached hereto as **Exhibit D** is a true and correct copy of the Preliminary Approval Memorandum, *King* v. *Monsanto Co.*, No. 2622-CC0325 (Mar. 4, 2026).

9. Attached hereto as **Exhibit E** is a true and correct copy of Objectors Craig Boylan, David Childress, Xavier Estrada, Lori Ann Fain, Donna Mason, Frederick O'Neill, Edward Rankin, William Robbins, William Szabo, and Patricia Veal's Objections to Class Action

Settlement Agreement and Preliminary Approval Order, *King* v. *Monsanto Co.*, No. 2622-CC0325 (May 21, 2026).

10.     Attached hereto as **Exhibit F** is a true and correct copy of Jonathan Berrien's Objections to Class Action Settlement Agreement and Preliminary Approval Order, *King* v. *Monsanto Co.*, No. 2622-CC0325 (May 21, 2026).

11.     Attached hereto as **Exhibit G** is a true and correct copy of Bryan M. DuBose's Objections to Class Action Settlement Agreement and Preliminary Approval Order, *King* v. *Monsanto Co.*, No. 2622-CC0325 (May 21, 2026).

12.     Attached hereto as **Exhibit H** is a true and correct copy of Matthew Huston's Objections to Class Action Settlement Agreement and Preliminary Approval Order, *King* v. *Monsanto Co.*, No. 2622-CC0325 (May 21, 2026).

*        *        *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2026

ELAINE P. GOLIN

-3-