# EXHIBIT B

MISSOURI CIRCUIT COURT
TWENTY – SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS

**FILED**
FEB 17 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

Randall King

VS

Monsanto

CAUSE NO. 2622-CC00325   DIV. 1   DATE 2/17/26

COURT ORDER

Cause assigned to Honorable _Timothy Boyer_ in Division 8 for all further proceedings.

SO ORDERED:

Christopher McGraugh
Presiding Judge

ENTERED

FEB 17 2026

KEB