# EXHIBIT C

Case: 4:26-cv-00813-HEA   Doc. #: 17-4   Filed: 05/26/26   Page: 1 of 5 PageID #: 2497

Electronically Filed - CITY OF ST. LOUIS - February 19, 2026 - 11:36 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS STATE OF MISSOURI**

| | | |
|---|---|---|
| RANDALL KING, et al. | ) | |
| Plaintiffs, | ) | Case No.: 2622-CC00325 |
| v. | ) | Div. 8 |
| MONSANTO COMPANY, | ) | |
| Defendant. | ) | |

**LIMITED ENTRY OF APPEARANCE**

COMES NOW R. Prescott Sifton, Jr. of the law firm Frazer PLC and enters his special and limited appearance on behalf of Chikara Nishjima and Michael McCray, both of whom have filed lawsuits  against Monsanto Company in the Circuit Court for Twenty-First Judicial Circuit, St. Louis County, Missouri regarding Roundup injuries. Counsel for the Nishijima and McCray Plaintiffs is making this limited appearance in order to protect any and all rights said Plaintiffs have or may have by virtue of their pending lawsuits in order that they receive timely notice of all filings, docket entries, and hearings in this matter. The Nishijima and McCray Plaintiffs specifically reserve any and all rights they have or may have in their pending lawsuits.

Respectfully Submitted,

/s/ R. Prescott Sifton, Jr.
R. Prescott Sifton, Jr. #50550
T. Roe Frazer II (*PHV forthcoming*)
**Frazer PLC**
30 Burton Hills Blvd., Ste. 450
Nashville, TN  37215
Office:  (615) 647-0989
Facsimile:  (615) 307-4902
scott@frazer.law
roe@frazer.law

Electronically Filed - CITY OF ST. LOUIS - February 19, 2026 - 11:36 AM

*Counsel for Chikara Nishjima and*
*Michael McCray*

Electronically Filed - CITY OF ST. LOUIS - February 19, 2026 - 11:36 AM

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by Electronic Mail or U.S. Mail this __19th__ day of February, 2026, to the following counsel of record:

Eric D. Holland, Esq.
Patrick R. Dowd, Esq.
The Holland Law Firm
211 North Broadway, Suite 2625
St. Louis, MO  63102
eholland@hollandtriallawyers.com
pdowd@hollandtriallawyers.com

*Attorneys for Plaintiffs Robert
Koehler, Michael Merx and
Proposed Subclass 2 Counsel*

Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Steven J. Daroci, Esq.
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiffs Randall
King, Scott Butterfield, Bruce
Waldman and Proposed Sublcass
1 Counsel*

Michael Ketchmark, Esq.
Ketchmark & McCreight, P.C.
11161 Overbrook Road, #210
Leawood, KS 66211
mike@ketchmclaw.com

*Proposed Subclass 2 Counsel*

Joseph F. Rice, Esq.
Frederick C. Baker, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.

Electronically Filed - CITY OF ST. LOUIS - February 19, 2026 - 11:36 AM

Mount Pleasant, SC  29464

jrice@motleyrice.com
fbaker@motleyrice.com

Fidelma Fitzpatrcik, Esq.
Motley Rice LLC
40 Westminster Street, 5th Floor
Providence, RI  02903
ffitzpatrick@motleyrice.com

*Proposed Subclass 1 Counsel*

John Eddie Williams, Jr., Esq.
John Bounds, Esq.
Williams Hart Boundas, LLP
8441 Gulf Freeway #600
Houston, TX  77017
jwilliams@whlaw.com
jboundas@whlaw.com

*Proposed Subclass 1 Counsel*

Peter A. Kraus, Esq.
Charles Siegel, Esq.
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 700
Dallas, TX  75219
kraus@waterskraus.com
siegel@waterskraus.com

*Proposed Subclass 1 Counsel*

　　　　　　　　　　　　　　/s/ R. Prescott Sifton, Jr.
　　　　　　　　　　　　　　　　　Attorney