UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RANDALL KING, et al.,            )
                             )
     Plaintiff(s),           )
                             )
     v.                    )        No. 4:26-CV-00813-RHH
                             )
MONSANTO COMPANY, et al.,   )
                             )
     Defendant(s).       )
                             )

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Rodney H. Holmes to District Judge Henry Edward Autrey.

May 27, 2026                         *Nathan M. Graves*         /
Date                                Clerk of Court

                                   By:   /s/ Chelsea Hutson         /
                                          CHELSEA HUTSON
                                          Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:26-CV-00813-HEA**