# Ex. A

**Precedent Settlement Fee Awards**

| Case | Fund Value | Percent Award |
|---|---|---|
| Global Distributor Settlement Agreement (March 25, 2022), Exs. M & R, *available at* https://nationalopioidsettlement.com/wp-content/uploads/2023/02/Final-Distributor-Settlement-Agreement-3.25.22-Final-Exhibit-C-as-of-5.27.22-Exhibit-G-and-I-as-of-02.22.23.pdf. | $21.1 billion | 7.5% |
| *Deepwater Horizon*, No. 2179, 2016 WL 6215974 (E.D. La. Oct. 25, 2016) | $13 billion | 4.3% |
| *In re Aqueous Film-Forming Foams Prods. Liab. Litig.*, No. 2:18-mn-02873, Dkt. No. 6408 (D.S.C. Nov. 22, 2024) | $11.7-13.7 billion | 8% |
| *In re Volkswagen "Clean Diesel" Mktg., Sales Practices & Prods. Liab. Litig.*, No 3:15-md-02672, Dkt. No. 3053 (N.D. Cal. Mar. 17, 2017) | $10 billion | 1.7% |
| *In re Enron Corp. Sec., Derivative & ERISA Litig.*, 586 F. Supp. 2d 732 (S.D. Tex. 2008) | $7.2 billion | 9.5% |
| *In re Diet Drugs Prods. Liab. Litig.*, 553 F.Supp.2d 442 (E.D. Pa. 2008) | $6.4 billion | 6.75% |
| *In re WorldCom, Inc. Sec. Litig.*, 388 F.Supp.2d 319 (S.D.N.Y. 2005) | $6.1 billion | 5.5% |
| *In re 3M Combat Arms Earplugs Prods. Liab. Litig.*, No. 2:19-md-2885, Dkt No. 4118 (N.D. Fl. Nov. 13, 2024) | $6 billion | 9% |
| *In re Vioxx Prods. Liab. Litig.*, 760 F. Supp. 2d 640 (E.D. La. 2010) | $4.85 billion | 6.5% |
| *In re Visa Check/Mastermoney Antitrust Litig.*, 297 F. Supp. 2d 503 (E.D.N.Y. 2003), *aff'd sub nom. Wal-Mart Stores, Inc. v. Visa U.S.A., Inc.,* 396 F.3d 96 (2d Cir. 2005) | $3.4 billion | 6.5% |
| *In re Tyco Int'l, Ltd.*, 535 F.Supp.2d 249 (D.N.H. Dec. 19, 2007) | $3.2 billion | 14.5% |
| *In re Cendant Corp. Sec. Litig.*, 404 F.3d 173 (3d Cir. 2005) | $3.2 billion | 1.7% |
| *In re Petrobras Sec. Litig.*, 317 F. Supp. 3d 858 (S.D.N.Y. 2018), *aff'd*, 784 F. App'x 10 (2d Cir. 2019) | $3 billion | 6.2% |
| *In re Blue Cross Blue Shield*, No 2:13-CV-20000, Dkt No. 2932 (N.D. Al. Aug. 9, 2022) | $2.67 billion | 23.5% |
| *In re AOL Time Warner, Inc. Sec. & ERISA Litig.*, 2006 WL 3057232 (S.D.N.Y. 2006) | $2.65 billion | 5.9% |
| *In re Actos (Pioglitazone) Prods. Liab. Litig.*, 274 F. Supp. 3d 485 (W.D. La. 2017) | $2.4 billion | 8.6% |
| *Shaw v. Toshiba Am. Info. Sys., Inc.*, 91 F.Supp.2d 942 (E.D. Tex. 2000) | $2.1 billion | 7% |
| *In re Credit Default Swaps Antitrust Litig.*, No. 13MD2476 (DLC), 2016 WL 2731524 (S.D.N.Y. Apr. 26, 2016) | $1.9 billion | 13.6% |

| | | |
|---|---|---|
| *In re Royal Ahold N.V. Sec. & ERISA Litig.*, 461 F.Supp.2d 383 (D. Md. 2006) | $1.1 billion | 12% |
| *In re Sulzer Hip Prosthesis & Knee Prosthesis Liab. Litig.*, 268 F.Supp.2d 907 (N.D. Ohio 2003) | $1 billion | 4.8% |
| *In re NASDAQ Market–Makers Antitrust Litig.*, 187 F.R.D. 465 (S.D.N.Y. 1998) | $1.0 billion | 14% |
| *In re Nat'l Football League Players' Concussion Inj. Litig.*, 2018 WL 1635648 (E.D. Pa. Apr. 5, 2018) | $982 million | 11% |
| *In re Xarelto (Rivaroxaban) Prods. Liab. Litig.*, 2020 WL 1433923 (E.D. La. 2020) | $775 million | 12% |