**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDALL KING, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:26-cv-813 |
| vs. | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING NOTICE OF OPPOSITION TO**
**CONDITIONAL TRANSFER ORDER**

Defendant Monsanto Company hereby notifies the Court that it filed a Notice of Opposition to Conditional Transfer Order with the Judicial Panel on Multidistrict Litigation in In re: Roundup Products Liability Litigation, MDL No. 2741.  The Notice was also served pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation.  A copy of the Notice is attached as **Exhibit A**.

Dated:  June 4, 2026                                    Respectfully submitted,

                                    /s/ James F. Bennett
                                    James F. Bennett #46826(MO)
                                    **DOWD BENNETT LLP**
                                    7676 Forsyth Blvd., Ste. 1900
                                    St. Louis, Missouri 63105
                                    314-880-7300
                                    jbennett@dowdbennett.com

Elaine P. Golin #2887586(NY) (admitted *pro hac vice*)
Carrie M. Reilly #4397451(NY) (admitted *pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
212-403-1000
epgolin@wlrk.com
cmreilly@wlrk.com

Daniel W. Nelson #2592699(NY) (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.s
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com

*Attorneys for Defendant Monsanto Company*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of June 2026, the above and foregoing was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ James F. Bennett*

James F. Bennett #46826(MO)

**DOWD BENNETT LLP**

7676 Forsyth Blvd., Ste. 1900

St. Louis, Missouri 63105

314-880-7300

jbennett@dowdbennett.com
