# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**This Document Relates To:**
*King et al. v. Monsanto Co.*, No. 4:26-cv-00813

### <u>NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER</u>

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on

Multidistrict Litigation, Defendant Monsanto Company submits this notice of opposition to

Conditional Transfer Order No. 578 (CTO-578) as it pertains to the following action:

**King et al. v. Monsanto Co.*, **No. 4:26-cv-00813**

Pursuant to Rule 7.1(g) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation and any briefing schedule set by the Panel, Defendant will timely file a motion to

vacate the Conditional Transfer Order (CTO-578) and a supporting brief.


Dated:  June 4, 2026                          Respectfully submitted,


                                              */s/Carrie M. Reilly*
                                              Carrie M. Reilly
                                              Elaine P. Golin
                                              Jeffrey M. Wintner
                                              **WACHTELL, LIPTON, ROSEN & KATZ**
                                              51 West 52nd Street
                                              New York, New York 10019
                                              212-403-1000
                                              cmreilly@wlrk.com
                                              epgolin@wlrk.com
                                              jmwintner@wlrk.com

Alan E. Rothman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
212-839-5941
arothman@sidley.com

James F. Bennett
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

Daniel W. Nelson
Derek K. Kraft
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com
dkraft@gibsondunn.com

*Attorneys for Defendant*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**This Document Relates To:**
*King et al. v. Monsanto Co.*, No. 4:26-cv-00813

### <u>PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify the copies of the foregoing were serviced

electronically on all counsel of record in the above-captioned matter via ECF by June 4, 2026

and that copies were also served by email by June 4, 2026 on the below.

*King et al. v. Monsanto Co.*, **No. 4:26-cv-00813**

| | |
|---|---|
| Ashley Keller<br>**KELLER POSTMAN LLC**<br>150 North Riverside Plaza, Suite 4100<br>Chicago, Illinois 60606<br>ack@kellerpostman.com<br><br>R. Prescott Sifton, Jr.<br>**FRAZER PLC**<br>30 Burton Hills Boulevard, Suite 450<br>Nashville, Tennessee 37215<br>scott@frazerlaw.com<br><br>*Attorneys for Objectors* | Eric D. Holland<br>Patrick R. Dowd<br>**HOLLAND LAW FIRM LLC**<br>211 North Broadway, Suite 2625<br>St. Louis, Missouri 63102<br>eholland@hollandtriallawyers.com<br>pdowd@hollandtriallawyers.com<br><br>Christopher A. Seeger<br>David R. Buchanan<br>Steven J. Daroci<br>**SEEGER WEISS LLP**<br>cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>sdaroci@seegerweiss.com |
| Mark R. Niemeyer<br>Michael Kruse<br>**NIEMEYER, GREBEL & KRUSE, LLC**<br>211 N. Broadway, Suite 2950<br>St. Louis, MO 63102<br>niemeyer@ngklawfirm.com<br>kruse@ngklawfirm.com | Michael Ketchmark<br>Scott A. McCreight<br>Griffin Albaugh<br>**KETCHMARK & MCCREIGHT, P.C.**<br>11161 Overbrook Rd. #210<br>Leawood, KS  66211 |

| | |
|---|---|
| Robin Greenwald<br>Alicia Butler<br>Chantal Khalil Levy<br>**WEITZ & LUXENBERG, PC**<br>700 Broadway<br>New York, NY 10003<br>rgreenwald@weitzlux.com<br>abutler@weitzlux.com<br>ckhalil@weitzlux.com<br><br>*Attorneys for Proposed Intervenors* | mike@ketchmclaw.com<br>smccreight@ketchmclaw.com<br>galbaugh@ketchmclaw.com<br><br>Joseph F. Rice<br>Frederick C. Baker<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC  29464<br>jrice@motleyrice.com<br>fbaker@motleyrice.com |
| Christopher L. Schnieders<br>**NAPOLI SHKOLNIK PLLC**<br>6731 W. 121st Street, Suite 201<br>Overland Park, KS 66209<br>cschnieders@napolilaw.com<br><br>Paul J. Napoli<br>**NS PR LAW SERVICES, LLC**<br>302 Avenida Ponce de Len<br>San Juan, PR 00907<br>pnapoli@nsprlaw.com<br><br>Anthony G. Simon<br>**THE SIMON LAW FIRM PC**<br>1001 Highlands Plaza Drive, Suite 300<br>St. Louis, MO 63110<br>ipteam@simonlawpc.com<br><br>*Attorneys for Proposed Intervenors* | Fidelma Fitzpatrick<br>**MOTLEY RICE LLC**<br>40 Westminster St., 5th Floor<br>Providence, RI 02903<br>ffitzpatrick@motleyrice.com<br><br>John Eddie Williams, Jr.<br>John Boundas<br>**WILLIAMS HART BOUNDAS, LLP**<br>8441 Gulf Freeway #600,<br>Houston, TX  77017<br>jwilliams@whlaw.com<br>jboundas@whlaw.com<br><br>Peter A. Kraus<br>Charles Siegel<br>**WATERS KRAUS PAUL & SIEGEL**<br>3141 Hood Street, Suite 700<br>Dallas, TX  75219<br>kraus@waterskraus.com<br>siegel@waterskraus.com<br><br>*Attorney for Plaintiffs* |

Dated:  June 4, 2026

Respectfully submitted,

*/s/Carrie M. Reilly*
Carrie M. Reilly
Elaine P. Golin
Jeffrey M. Wintner
**WACHTELL, LIPTON, ROSEN & KATZ**

51 West 52nd Street
New York, New York 10019
212-403-1000
cmreilly@wlrk.com
epgolin@wlrk.com
jmwintner@wlrk.com

Alan E. Rothman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
212-839-5941
arothman@sidley.com

James F. Bennett
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

Daniel W. Nelson
Derek K. Kraft
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com
dkraft@gibsondunn.com

*Attorneys for Defendant*

3