**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RANDALL KING, SCOTT BUTTERFIELD
ROBERT KOEHLER, MICHAEL MERX,
and BRUCE WALDMAN, on behalf of
themselves and others similarly situated,

    *Plaintiffs*,

v.

MONSANTO COMPANY,

    *Defendant*.

Case No. 4:26-cv-00813-HEA

## ENTRY OF APPEARANCE

I, Michael J. Gras, of Kirkendall Dwyer LLP, hereby enters his appearance on behalf of the objectors in the above-captions case.

Filed: June 4, 2026

By: */s/ Michael J. Gras*

    Michael J. Gras #64302(MO)
    **KIRKENDALL DWYER LLP**
    4343 Sigma Road, Suite 150
    Dallas, TX 75244
    Tel: (214) 271-4027
    Fax: (214) 253-0629
    mgras@kirkendalldwyer.com

    *Counsel for Objectors*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 4, 2026, the foregoing was filed electronically with the Clerk of the Court and served via CM/ECF on all counsel of record.

*/s/Michael J. Gras*