**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDALL KING, et al., on behalf of themselves and others similarly situated | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-CV-813 HEA |
| v. | ) ) | |
| MONSANTO COMPANY | ) ) | |
| Defendants. | ) | |

## ORDER OF REMAND

In accordance with the Opinion, Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to remand this case to the 22st Judicial Circuit, State of Missouri.

Dated this 17th day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE