# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 22, 2026

Ashley C. Keller
KELLER & POSTMAN
Suite R-240
2333 Ponce De Leon Boulevard
Coral Gables, FL  33134

    RE:  26-2217  Randall King, et al v. Craig Boylan, et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:    Griffin W. Albaugh
    Meher Babbar
    James F. Bennett
    David R. Buchanan
    Elizabeth Barbara Buellesbach
    Clerk, U.S. District Court, Eastern District of Missouri
    Steven J. Daroci II
    Patrick Robert Dowd
    Elaine P. Golin
    Eric D. Holland
    Sarah Jane Hunt
    Michael S. Ketchmark
    Peter A. Kraus
    Scott A. McCreight
    Daniel W. Nelson
    Hannah Fleener Preston
    Carrie Reilly
    Joseph F. Rice
    Christopher A. Seeger
    Charles S. Siegel
    Richard Prescott Sifton Jr.

District Court/Agency Case Number(s):  4:26-cv-00813-HEA

**Caption For Case Number:   26-2217**

Sarah Jane Hunt

       Interested party

Randall King; Scott Butterfield; Robert Koehler; Michael Merx; Bruce Waldman, on behalf of themselves and others similarly situated

       Plaintiffs - Appellees

v.

Monsanto Company

       Defendant - Appellee

v.

Craig Boylan; David Childress; Xavier Estrada; Lori Ann Fain; Donna Mason; Frederick O'Neill; Edward Peter Rankin; William Robbins; William Szabo; Patricia Veal

       Objectors - Appellants

**Addresses For Case Participants:   26-2217**

Ashley C. Keller
KELLER & POSTMAN
Suite R-240
2333 Ponce De Leon Boulevard
Coral Gables, FL  33134

Griffin W. Albaugh
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

Meher Babbar
WACHTELL & LIPTON
51 W. 52nd Street
New York, NY  10019-0000

James F. Bennett
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

David R. Buchanan
SEEGER & WEISS
6th Floor
55 Challenger Road
Ridgefield Park, NJ  07660

Elizabeth Barbara Buellesbach
WACHTELL & LIPTON
51 W. 52nd Street
New York, NY  10019-0000

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Steven J. Daroci II
SEEGER & WEISS
6th Floor
55 Challenger Road
Ridgefield Park, NJ  07660

Patrick Robert Dowd
HOLLAND LAW FIRM
Suite 2625
211 N. Broadway
Saint Louis, MO  63102

Elaine P. Golin
WACHTELL & LIPTON
51 W. 52nd Street
New York, NY  10019-0000

Eric D. Holland
HOLLAND LAW FIRM
Suite 2625
211 N. Broadway
Saint Louis, MO  63102

Sarah Jane Hunt
KENNEDY & HUNT
4500 W. Pine Boulevard
Saint Louis, MO  63108

Michael S. Ketchmark
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

Peter A. Kraus
WATERS & KRAUS
Suite 700
3141 Hood Street
Dallas, TX  75219

Scott A. McCreight
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

Daniel W. Nelson
GIBSON & DUNN
1700 M Street, N.W.
Washington, DC  20036-4504

Hannah Fleener Preston
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Carrie Reilly
WACHTELL & LIPTON
51 W. 52nd Street
New York, NY  10019-0000

Joseph F. Rice
MOTLEY & RICE
P.O. Box 1792
Mount Pleasant, SC  29465

Christopher A. Seeger
SEEGER & WEISS
6th Floor
55 Challenger Road
Ridgefield Park, NJ  07660

Charles S. Siegel
WATERS & KRAUS
Suite 700
3141 Hood Street
Dallas, TX  75219

Richard Prescott Sifton Jr.
FRAZER PLC
Suite 450
30 Burton Hills Boulevard
Nashville, TN  37215