**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 27, 2026

Ashley C. Keller
KELLER & POSTMAN
Suite R-240
2333 Ponce De Leon Boulevard
Coral Gables, FL 33134

RE: 26-2217 Randall King, et al v. Craig Boylan, et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

JES

Enclosure(s)

cc: Griffin W. Albaugh
Meher Babbar
James F. Bennett
Jonathan Bond
David R. Buchanan
Elizabeth Barbara Buellesbach
Clerk, U.S. District Court, Eastern District of Missouri
Steven J. Daroci II
Patrick Robert Dowd
Miguel A. Estrada
T. Roe Frazer II
Elaine P. Golin
Eric D. Holland
Sarah Jane Hunt
Michael S. Ketchmark

Peter A. Kraus
Scott A. McCreight
Daniel W. Nelson
Hannah Fleener Preston
Carrie Reilly
Joseph F. Rice
Christopher A. Seeger
Charles S. Siegel
Richard Prescott Sifton Jr.
John James Snidow

District Court/Agency Case Number(s): 4:26-cv-00813-HEA

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No. 26-2217

Sarah Jane Hunt

Interested party

Randall King; Scott Butterfield; Robert Koehler; Michael Merx; Bruce Waldman, on behalf of themselves and others similarly situated

Plaintiffs - Appellees

v.

Monsanto Company

Defendant - Appellee

v.

Craig Boylan; David Childress; Xavier Estrada; Lori Ann Fain; Donna Mason; Frederick O'Neill; Edward Peter Rankin; William Robbins; William Szabo; Patricia Veal

Objectors - Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-00813-HEA)

---

**JUDGMENT**

Before GRUENDER, KELLY and STRAS, Circuit Judges.

The Supplemental Petition for permission to appeal is denied. The appeal is hereby dismissed. The motions to dismiss, for stay and to hold the briefing schedule in abeyance are denied as moot.

August 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler